UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

APRIL COOPER,

    Plaintiff,

vs.

                              Case No.: 8:08-cv-386-T-33MAP

OLD WILLIAMSBURG CANDLE
CORP.,

    Defendant.
_____/

## ORDER

Defendant's Motion to Permit Electronic Equipment (Doc. 72) is before the Court. The Court notes that the use of computers and telephones by counsel in the Courthouse is restricted by Local Rule 4.11(b), M.D. Fla.; however, this Court will allow Defendant's attorneys, Robert T. Vorhoff and Scott Yount, to each bring one laptop computer and one cellular phone into the Courthouse for use during the trial of this case.

It should be noted that taking pictures inside the Courthouse with a camera from a cellular telephone is forbidden. Also, when in the Courthouse, counsel shall place any cellular telephone on vibrate. Cellular telephone use is not permitted inside the Courthouse. Further, any electronic equipment brought into the Courthouse is subject to inspection at any time by the Court Security Officers and United States Marshals Service.

Counsel may be called upon to present a copy of this Order to Court Security Officers at any time prior to being permitted to bring technological equipment, including cellular telephones and laptop computers, into the Courthouse.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED** that:

The Motion to Permit Electronic Equipment (Doc. 72) is **GRANTED** consistent with the foregoing requirements.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 11th day of September 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record