UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

APRIL COOPER,

    Plaintiff,

vs.                                                          Case No: 8:08-cv-386-T-33MAP

OLD WILLIAMSBURG CANDLE
CORP.,

    Defendant.
_____/

## **ORDER**

Before the Court is the parties' Notice of Settlement (the "Notice," Doc. 87). The Notice reads that the parties have reached a full settlement in this case.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED**:

That this case is **DISMISSED**, without prejudice and subject to the right of the parties, within SIXTY (60) days of the date of this Order, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen this action, *upon good cause being shown*.

After the expiration of the SIXTY (60) days, however, without further Order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and pending motions and administratively close this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 7th day of October 2009.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record